**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**(Southern Division)**

| | |
|---|---|
| **VISUAL NETWORKS OPERATIONS, INC.,**<br>　　　　　　**Plaintiff,**<br>　v.<br><br>**PARADYNE CORPORATION,**<br>　　　　　　**Defendant.** | Civil Action No. DKC 04CV604 |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate, by and through their respective counsel, that each and every claim set forth in Visual Networks Operations, Inc.'s Amended Complaint and each and every counterclaim set forth in Paradyne Corporation's Answer To Amended Complaint and First Amended Counterclaims, in the above-captioned action, are dismissed with prejudice.

Each party is to bear its own costs.

Dated: October 4, 2005               SUGHRUE MION, PLLC


                                     By:    _____/s/_____
                                     Robert M. Masters (Bar No. 14770)
                                     J. Warren Lytle, Jr. (Bar No. 14769)

                                     Attorneys for Plaintiff
                                     VISUAL NETWORKS OPERATIONS,
                                     INC.


Dated: October 4, 2005               HILL, KERTSCHER & WHARTON, LLP


                                     By:    _____/s/_____
                                     Steven G. Hill (Admitted *pro hac vice*)

                                     Attorneys for Defendant
                                     PARADYNE CORPORATION


Dated: October 4, 2005               VENABLE, LLP


                                     By:    _____/s/_____
                                     Ryan M. Walsh (Bar No. 26126)

                                     Attorneys for Defendant
                                     PARADYNE CORPORATION


                                     Signatures of Paradyne attorneys affixed
                                     with permission of Messers. Hill and Walsh